UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ERIKA MARSHALL,<br><br>　　　Plaintiffs<br><br>v.<br><br>ALBERTSON'S LLC,<br><br>　　　Defendant | Case No.: 2:24-cv-00823-APG-BNW<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant Albertson's LLC's certificate of interested parties (ECF No. 5) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of defendant Albertson's LLC as required by the amendment to that rule because it does not identify the citizenship of each of Albertson's members. *See Johnson v. Columbia Properties Anchorage, LP*, 437 F.3d 894, 899 (9th Cir. 2006) (stating that "an LLC is a citizen of every state of which its owners/members are citizens").

I FURTHER ORDER the defendant to file a proper certificate of interested parties by May 17, 2024.

DATED this 3rd day of May, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE